# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>**JEDEDIAH STOUT**<br><br><br><br><br><br><br>*Defendant(s)* | )<br>)<br>) Case No. 13-2339DPR-01<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  between 10/3/2013 and 10/4/2013  in the county of  Jasper  in the Western District of Missouri , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 844(i) | Attempted arson of a building used in interstate commerce |

This criminal complaint is based on these facts:

See Attached affidavit

☑ Continued on the attached sheet.

/s/ Stacy Moore
*Complainant's signature*

Stacy Moore, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/18/2013

/s/ David P. Rush
*Judge's signature*

City and state: Springfield, Missouri

David P. Rush, U.S. Magistrate Judge
*Printed name and title*