# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

## MINUTE SHEET

**UNITED STATES OF AMERICA**　　　　　　　　Date:　　　June 12, 2018

vs.　　　　　　　　　　　　　　　　　　　Case No.:13-05054-01-CR-SW-BCW

**JEDEDIAH STOUT**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**　Initial Appearance – Supervised Release Revocation Hearing
　　　　　　　　　　　Preliminary Supervised Release Revocation Hearing
　　　　　　　　　　　Detention Hearing

**Time Commenced:**　2:56 p.m.　　　　　　　　**Time Terminated:**　3:05 p.m.

---

## APPEARANCES

**Plaintiff:**　　Abe McGull, AUSA
**Defendant:**　Ian Lewis, FPD
**USPPTS:**　　Craig Fieser

---

**Proceedings:**　Parties appear as indicated above. Defendant appears in person.

*Initial Appearance / Preliminary Revocation*: The Court is in receipt of the violation report prepared by the USPO. The parties present no evidence with regard to probable cause. The Court finds probable cause. The Court will inform District Judge's Chambers upon departing the bench that the matter is ready to be set for a final revocation hearing.

*Detention*: The Government orally moves for detention. Arguments made regarding Defendant's custody. The Court finds an adequate basis for detention.

*Custody*: Defendant in custody.

---

**Courtroom Deputy/ERO:**　Karla Berziel